# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

139148

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

THADDEUS HATCHETT,
        Defendant-Appellant.

SC: 139148
COA: 284646
Wayne CC: 07-014857-FC

_____/

      On order of the Court, the application for leave to appeal the May 14, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

0921

_____
Clerk